AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) HAMILTON, CLYDE H | 2. Court or Organization US COURT OF APPEALS - 4TH CIR. | 3. Date of Report 03/01/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US CIRCUIT JUDGE-Senior Status | 5. ReportType (check appropriate type) ● Nomination, ■ Date ○ Initial ● Annual ● Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address BANK OF AMERICA PLAZA 1901 MAIN ST., SUITE 1250 COLUMBIA, SC 29201-2435 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|---|
| 1. | 04/24/04 | Refund on 2003 Income Tax Return: | State of South Carolina | $3,045.00 |
| 2. | 04/05/04 | Refund on 2003 Income Tax Return: | Federal | $5,331.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) Salary, Director's Fees and Commissions |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** – (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** – (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Loan Company | Mortgage on CMC Associates (Columbia, S.C.) Warehouse (Part VII, Page 20, line 34.6) | None |
| 2. | National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | None |
| 3. | Wachovia Bank, N.A. | Promissory Note - Personal Loan | None |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. Wachovia Securities -- Self-directed: | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. WB FDIC INSURED MONEY MARKET FUND (formerly FDIC | | Interest | K | T | | | | | |
| 6. Insured Money Market Fund) | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | J | | | | | | |
| 9. | | | | | | | | | |
| 10. ORASURE TECHNOLOGIES, INC. (common stock) | | None | J | | | | | | |
| 11. | | | | | | | | | |
| 12. AGL RES, INC. (common stock) | | Dividend | | | | | | | |
| 13. | | | | | | | | | |
| 14. AMERICAN INTERNATIONAL GROUP, INC. (common stock) | A | Dividend | | T | Buy | 4-16 | J | | |
| 15. | | | | | | | | | |
| 16. AMERICAN NATIONAL INSURANCE CO. (common stock) | | Dividend | | T | | | | | |
| 17. | | | | | | | | | |
| 18. AMSOUTH BANCORPORATION (common stock) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | | | | | |
| 20. ANHEUSER BUSCH COS., INC. (common stock) | A | Dividend | | T | Buy | 4-16 | J | | |
| 21. | | | | | | | | | |
| 22. H & R BLOCK, INC. (common stock) | | Dividend | | | | | | | |
| 23. | | | | | | | | | |
| 24. CHEVRONTEXACO CORP. (common stock) | | Dividend | | | Buy | 4-16 | | | |
| 25. | | | | | | | | | |
| 26. CITIGROUP, INC. (common stock) | | Dividend | | T | Buy | 4-16 | J | | |
| 27. | | | | | | | | | |
| 28. EQUITY OFFICE PROPERTIES REIT TRUST | | Dividend | | | | | | | |
| 29. | | | | | | | | | |
| 30. EQUITY RESIDENTIAL (common stock) | A | Dividend | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. FANNIE MAE ASSOCIATION (common stock) | A | Dividend | J | | | | | | |
| 33. | | | | | | | | | |
| 34. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | | | Buy | 4-16 | J | | |
| 35. | | | | | | | | | |
| 36. GILLETTE CO. (common stock) | A | Dividend | K | T | Buy | 4-16 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | | | | | |
| 38. HAVERTY FURNITURE CO., INC. (common stock) | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. HSBC Holdings PLC-SPON ADR (common stock) | A | Dividend | | | Sell | 7-30 | J | B | |
| 41. | | | | | | | | | |
| 42. IBM CORP. (common stock) | | Dividend | | T | | | | | |
| 43. | | | | | | | | | |
| 44. JOHNSON & JOHNSON (common stock) | | Dividend | | T | | | | | |
| 45. | | | | | | | | | |
| 46. LIBERTY PROPERTY REIT TRUST | A | Dividend | | | | | | | |
| 47. | | | | | | | | | |
| 48. ELI LILLY & CO. (common stock) | | Dividend | | T | | | | | |
| 49. | | | | | | | | | |
| 50. MBNA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |
| 52. MERCK & CO., INC. (common stock) | A | Dividend | | T | | | | | |
| 53. | | | | | | | | | |
| 54. MEDCO HEALTH SOLUTIONS, INC. (common stock) | | None | | | Sell | 2-9 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | | | | | |
| 56. NATIONAL COMMERCE FINANCIAL CORP. (common stock) | | Dividend | | | Sell | 7-30 | K | C | |
| 57. | | | | | | | | | |
| 58. PAYCHEX, INC. (common stock) | | Dividend | J | | | | | | |
| 59. | | | | | | | | | |
| 60. PEPSICO INCORPORATED (common stock) | A | Dividend | | | | | | | |
| 61. | | | | | | | | | |
| 62. ALTRIA GROUP, INC. (formerly known as Philip Morris | | Dividend | J | T | | | | | |
| 63. Companies) (common stock) | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. UST, INC. (common stock) | A | Dividend | | T | | | | | |
| 68. | | | | | | | | | |
| 69. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. VERIZON COMMUNICATIONS (common stock) | | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) — A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) — J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000

3. Value Method Codes (See Column C2) — Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market; U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. VORNADO REALTY REIT TRUST | | Dividend | K | | | | | | |
| 74. | | | | | | | | | |
| 75. WASHINGTON MUTUAL, INC. (common stock) | | Dividend | | | Sell | 7-30 | J | A | |
| 76. | | | | | | | | | |
| 77. CHELSEA PROPERTY GROUP (common stock) | | Dividend | | | Sell | 7-30 | | D | |
| 78. | | | | | | | | | |
| 79. FPL GROUP, INC. (common stock) | | Dividend | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. GENUINE PARTS CO. (common stock) | A | Dividend | | | Sell | 7-30 | J | B | |
| 82. | | | | | | | | | |
| 83. KEYSPAN CORP. (common stock) | A | Dividend | | T | | | | | |
| 84. | | | | | | | | | |
| 85. LOWES COMPANIES, INC. (common stock) | A | Dividend | J | | | | | | |
| 86. | | | | | | | | | |
| 87. (2004 New Buys/Additions) | | | | | | | | | |
| 88. FEDEX CORPORATION (common stock) | | Dividend | | T | Buy | 4-6 | J | | |
| 89. | | | | | Buy | 4-16 | J | | |
| 90. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$6,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. CARDINAL HEALTH, INC. (common stock) | A | Dividend | | T | Buy | 4-16 | J | | |
| 92. | | | | | | | | | |
| 93. INTERNATIONAL GAME TECHNOLOGY (common stock) | A | Dividend | J | T | Buy | 6-23 | J | | |
| 94. | | | | | | | | | |
| 95. MCGRAW-HILL COMPANIES, INC. (common stock) | | Dividend | K | | Buy | 6-23 | | | |
| 96. | | | | | | | | | |
| 97. PFIZER INCORPORATED (common stock) | A | Dividend | | T | Buy | 6-23 | J | | |
| 98. | | | | | | | | | |
| 99. BURLINGTON RESOURCES, INC. (common stock) | A | Dividend | | T | Buy | 7-30 | K | | |
| 100. | | | | | | | | | |
| 101. NORFOLK SOUTHERN CORP. (common stock) | A | Dividend | K | | Buy | 7-30 | K | | |
| 102. | | | | | | | | | |
| 103. WALGREEN COMPANY (common stock) | A | Dividend | K | T | Buy | 7-30 | J | | |
| 104. | | | | | | | | | |
| 105. NUCOR CORP. (common stock) | | None | K | T | Buy | 12-14 | | | |
| 106. | | | | | | | | | |
| 107. END PORTFOLIO I -- | | | | | | | | | |
| 108. | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash-Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. WACHOVIA CORPORATION NEW (common stock) | D | Dividend | N | | | | | | |
| 110. | | | | | | | | | |
| 111. BANK OF AMERICA CORPORATION (personal checking account) | A | Interest | | T | | | | | |
| 112. | | | | | | | | | |
| 113. SIMCOM INTERNATIONAL HOLDINGS, INC. - Series AA Convertible | | None | | W | | | | | |
| 114. Preferred Stock | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. PRUDENTIAL WHOLE LIFE INSURANCE POLICY | A | Dividend | | T | | | | | |
| 117. | | | | | | | | | |
| 118. THE MANUFACTURERS LIFE INSURANCE COMPANY | | Interest | K | T | | | | | |
| 119. (UNIVERSAL LIFE INSURANCE POLICY) (FORMERLY MANULIFE | | | | | | | | | |
| 120. UNIVERSAL LIFE INSURANCE POLICY) | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. PORTFOLIO II -- | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. ABBOTT LABORATORIES (common stock) | A | Dividend | J | | Spin-off | 4-30 | J | | See below. |
| 125. | | | | | | | | | |
| 126. HOSPIRA, INC. (common stock) | | None | | | Sell | 10-18 | J | A | See above. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J -P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | | | | | | | | | |
| 128. BANK ONE CORPORATION (common stock) | A | Dividend | | | Merger | 7-1 | J | | No gain. Merged into |
| 129. | | | | | | | | | JPMorgan Chase & Co. |
| 130. | | | | | | | | | See Part 7, page 13, line 225. |
| 131. | | | | | | | | | |
| 132. ZIMMER HOLDINGS, INC. (common stock) | | None | K | T | | | | | |
| 133. | | | | | | | | | |
| 134. DEUTSCHE BANK AG ADR (common stock) | | Dividend | J | T | | | | | |
| 135. | | | | | | | | | |
| 136. DUKE ENERGY CORPORATION (common stock) | | Dividend | | | Sell | 3-2 | | B | |
| 137. | | | | | | | | | |
| 138. EXXON MOBIL CORP. (common stock) | | Dividend | | T | | | | | |
| 139. | | | | | | | | | |
| 140. GENERAL ELECTRIC CO. (common stock) | | Dividend | | T | | | | | |
| 141. | | | | | | | | | |
| 142. 3-M CO. (FORMERLY MINNESOTA MINING & MFG. CO.) | A | Dividend | J | T | | | | | |
| 143. (common stock) | | | | | | | | | |
| 144. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000

(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000

(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 146. Companies, Inc.) (common stock) | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. PFIZER, INC. (common stock) | A | Dividend | | T | | | | | |
| 149. | | | | | | | | | |
| 150. BANK OF AMERICA CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 151. | | | | | | | | | |
| 152. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 153. | | | | | | | | | |
| 154. EVERGREEN MONEY MARKET FUND | | None | | | Closed | 1-15 | J | | No gain. |
| 155. | | | | | | | | | |
| 156. WB FDIC INSURED MONEY MARKET FUND | | Interest | J | T | Opened | 1-15 | | | |
| 157. | | | | | | | | | |
| 158. BP PLC SPONSORED ADR (common stock) | A | Dividend | J | | | | | | |
| 159. | | | | | | | | | |
| 160. VERIZON COMMUNICATIONS (common stock) | | Dividend | J | T | | | | | |
| 161. | | | | | | | | | |
| 162. TELEFONICA SA SPONSORED ADR (common stock) | | None | | | Sell | 4-26 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

Name of Person Reporting
HAMILTON, CLYDE H

Date of Report
03/01/2005

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | | | | | |
| 164. UNOCAL CAPITAL TR CV 6.25% (Convertible Preferred Stock) | | Interest | J | T | Partial call | 9-20 | J | | No gain. |
| 165. | | | | | | | | | |
| 166. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. EL PASO ENERGY CAP TR I PFD CONV TR SEC | A | Interest | | T | | | | | |
| 169. (Preferred Convertible Stock) | | | | | | | | | |
| 170. | | | | | | | | | |
| 171. LEHMAN BROTHERS HOLDINGS CORPORATE NOTES - 7.07% | A | Interest | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. TYCO INTERNATIONAL LTD NEW (common stock | | Dividend | | | | | | | |
| 174. | | | | | | | | | |
| 175. CLOROX COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. FEDEX CORP. (common stock) | A | Dividend | | T | Buy | 3-2 | J | | |
| 178. | | | | | | | | | |
| 179. IFT CORPORATION (formerly Urecoats Industries, Inc. | | None | J | T | | | | | |
| 180. (common stock) | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. | | | | | | | | | |
| 182. DEVON ENERGY CORP. CONV. SUB DEB CPN 4.950% DU 8/15/08 | A | Distribution | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. HOUSEHOLD FINANCE CORP. INTERNOTES CPN 5.2% U 9/15/05 | | Interest | J | T | | | | | |
| 185. | | | | | | | | | |
| 186. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | A | Divid 2 | J | T | | | | | |
| 187. | | | | | | | | | |
| 188. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 189. | | | | | | | | | |
| 190. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | Buy | 4-20 | J | | |
| 191. | | | | | | | | | |
| 192. DENTSPLY INTERNATIONAL, INC. NEW (common stock) | A | Dividend | J | | | | | | |
| 193. | | | | | | | | | |
| 194. DISNEY WALT COMPANY (common stock) | | Dividend | J | T | | | | | |
| 195. | | | | | | | | | |
| 196. HOME DEPOT, INC. (common stock) | A | Dividend | K | T | | | | | |
| 197. | | | | | | | | | |
| 198. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | | | Sell | 4-20 | J | | No gain. |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less B = $2,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcation (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. | | | | | | | | | |
| 200. PATTERSON COMPANIES, INC. (formerly Patterson Dental Co.) | | None | J | T | | | | | |
| 201. (common stock) | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. PEPSI BOTTLING GROUP, INC. (common stock) | | Dividend | J | T | | | | | |
| 204. | | | | | | | | | |
| 205. PULTE HOMES, INC. (common stock) | A | Dividend | J | | | | | | |
| 206. | | | | | | | | | |
| 207. SYSCO CORPORATION (common stock) | | Dividend | J | T | | | | | |
| 208. | | | | | | | | | |
| 209. AUTOMATIC DATA PROCESSING (common stock) | | Dividend | J | | | | | | |
| 210. | | | | | | | | | |
| 211. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | | T | Buy | 3-2 | J | | |
| 212. | | | | | | | | | |
| 213. TRANSOCEAN, INC. (common stock) | | None | J | T | | | | | |
| 214. | | | | | | | | | |
| 215. GANNETT CO., INC. DEL (common stock) | A | Dividend | J | T | | | | | |
| 216. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. MEDTRONIC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 218. | | | | | | | | | |
| 219. STAPLES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 220. | | | | | | | | | |
| 221. FIRST DATA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 222. | | | | | | | | | |
| 223. HCA, INC. (common stock) | A | Dividend | | | Sell | 3-2 | J | | No gain. |
| 224. | | | | | | | | | |
| 225. JPMORGAN CHASE & CO. (formerly J. P. Morgan & Chase | A | Dividend | J | | Merger | 7-1 | J | | See Part 7, page 8, line 128. |
| 226. Co.) (common stock) | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. METLIFE, INC. (common stock) | A | Dividend | | | | | | | |
| 229. | | | | | | | | | |
| 230. VERSO TECHNOLOGIES, INC. (common stock) | | None | J | T | | | | | |
| 231. | | | | | | | | | |
| 232. END PORTFOLIO II — | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. PORTFOLIO III | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | | | | | |
| 236. EVERGREEN MONEY MARKET FUND | | Interest | | | Closed | 7-6 | J | | No gain. |
| 237. WB FDIC INSURED MONEY MARKET FUND | A | Interest | J | T | Opened | 7-6 | | | |
| 238. | | | | | | | | | |
| 239. | | | | | | | | | |
| 240. IFT CORPORATION (formerly Urecoats Industries, Inc.) | | None | J | T | | | | | |
| 241. (common stock) | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. CITIGROUP, INC. (common stock) | | Dividend | J | T | | | | | |
| 244. | | | | | | | | | |
| 245. DU PONT E.I. DE NEMOURS AND COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 246. | | | | | | | | | |
| 247. HOME DEPOT, INC. (common stock) | A | Dividend | | T | | | | | |
| 248. | | | | | | | | | |
| 249. JPMORGAN CHASE & CO. (formerly J. P. Morgan & Chase | A | Dividend | J | | | | | | |
| 250. Co.) (common stock) | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. VERSO TECHNOLIGIES, INC. (common stock) | | None | | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and 4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | | | | | | | | | |
| 254. END PORTFOLIO III -- | | | | | | | | | |
| 255. | | | | | | | | | |
| 256. PORTFOLIO IV | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. FIRST FINANCIAL HOLDINGS INCORPORATED (common stock) | A | Dividend | | T | | | | | |
| 261. | | | | | | | | | |
| 262. HELMERICH & PAYNE, INC.. (common stock) | A | Dividend | J | T | | | | | |
| 263. | | | | | | | | | |
| 264. PFIZER, INC. (common stock) | | Dividend | J | T | | | | | |
| 265. | | | | | | | | | |
| 266. UNOCAL CAPITAL TRUST 6.25% SERIES TRUST CONVERTIBLE | | Div. & Int | J | T | Partial | 9-20 | | | No gain |
| 267. PFD SECS CALLABLE | | | | | redemption | | | | |
| 268. | | | | | | | | | |
| 269. WB FDIC INSURED MONEY MARKET FUND (formerly FDIC | A | Interest | J | T | | | | | |
| 270. Insured Money Market Fund) | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | N = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

Name of Person Reporting
HAMILTON, CLYDE H

Date of Report
03/01/2005

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | | | | | |
| 272. SUNTRUST BANKS, INC. (common stock) | | Dividend | J | T | | | | | |
| 273. | | | | | | | | | |
| 274. MERRILL LYNCH AND CO., INC. SR UNSUB RO FA 6.000% | A | Interest | J | | | | | | |
| 275. (corporate bond) | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. BANKAMERICA CORP. SENIOR NOTES (corporate bond) | A | Interest | J | T | | | | | |
| 278. | | | | | | | | | |
| 279. PIEDMONT NATURAL GAS (common stock) | | Dividend | J | T | | | | | |
| 280. | | | | | | | | | |
| 281. AGL RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 282. | | | | | | | | | |
| 283. WYETH (formerly American Home Products) (common stock) | A | Dividend | | | Sell | 5-28 | J | | No gain. |
| 284. | | | | | | | | | |
| 285. DOMINION RESOURCES, INC. (common stock) | | Dividend | | | | | | | |
| 286. | | | | | | | | | |
| 287. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 288. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and B4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. INTERNATIONAL FLAVORS & FRAGRANCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 290. | | | | | | | | | |
| 291. SCANA CORPORTION (common stock) | A | Dividend | J | T | | | | | |
| 292. | | | | | | | | | |
| 293. SOUTHERN COMPANY (common stock) | | Dividend | J | T | | | | | |
| 294. | | | | | | | | | |
| 295. TEXAS INSTRUMENTS, INC. (common stock) | | Dividend | | T | Buy | 4-13 | J | | |
| 296. | | | | | | | | | |
| 297. DEVON ENERGY CORPORATION CONVERTIBLE DEBENTURES | A | Interest | J | | | | | | |
| 298. 4.95%; August 15, 2008 | | | | | | | | | |
| 299. | | | | | | | | | |
| 300. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 301. | | | | | | | | | |
| 302. CONOCOPHILLIPS (common stock) | A | Dividend | K | T | | | | | |
| 303. | | | | | | | | | |
| 304. AMBAC FINANCIAL GROUP NY (common stock) | | Dividend | K | T | | | | | |
| 305. | | | | | | | | | |
| 306. AMSOUTH BANCORP. (common stock) | | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$6,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | W = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. ANHEUSER BUSCH COMPANIES, INC. (common stock) | | Dividend | | T | | | | | |
| 309. | | | | | | | | | |
| 310. DUQUESNE LIGHT CO. PFD STOCK 6.70% Pines (corp. bond) | | Dividend | J | | | | | | |
| 311. | | | | | | | | | |
| 312. FEDERAL NATIONAL MORTGAGE ASSN. | | Interest | | | Redeemed | 3-29 | J | | No gain. |
| 313. (Fannie Mae 5.0% investment notes) | | | | | | | | | |
| 314. | | | | | | | | | |
| 315. JPMORGAN CHASE & CO. (formerly J. P. Morgan Chase | | Dividend | J | T | | | | | |
| 316. and Co.) (common stock) | | | | | | | | | |
| 317. KRAFT FOODS, INC. VA. CL A (common stock) | A | Dividend | | | Sell | 4-20 | J | | No gain. |
| 318. | | | | | | | | | |
| 319. UST, INC. (common stock) | | Dividend | | T | | | | | |
| 320. | | | | | | | | | |
| 321. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | | | | | |
| 322. | | | | | | | | | |
| 323. CITIGROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 324. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   ● = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcation (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. GENUINE PARTS CO. (common stock) | A | Dividend | | | Sell | 8-2 | | B | |
| 326. | | | | | | | | | |
| 327. JOHNSON AND JOHNSON (common stock) | A | Dividend | J | | | | | | |
| 328. | | | | | | | | | |
| 329. SYSCO CORPORATION (common stock) | | Dividend | | T | | | | | |
| 330. | | | | | | | | | |
| 331. (2004/New Buys/Additions) | | | | | | | | | |
| 332. FEDEX CORPORATION (common stock) | | Dividend | K | T | Buy | 1-26 | J | | |
| 333. | | | | | | | | | |
| 334. FIRST DATA CORPORATION (common stock) | A | Dividend | K | T | Buy | 2-18 | J | | |
| 335. | | | | | Buy | 4-20 | | | |
| 336. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | | Buy | 5-28 | J | | |
| 337. | | | | | | | | | |
| 338. REGIONS FINANCIAL CORP. (common stock) | | Dividend | | T | Buy | 8-2 | J | | |
| 339. | | | | | | | | | |
| 340. WALGREEN COMPANY (common stock) | | None | J | T | Buy | 12-7 | J | | |
| 341. | A | | | | | | | | |
| 342. END PORTFOLIO IV | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. | | | | | | | | | |
| 344. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | | U | | | | | |
| 345. | | | | | | | | | |
| 346. CMC ASSOCIATES (General Partnership) Columbia, SC | D | Rent | L | W | | | | | |
| 347. Warehouse (one-third interest) | | | | | | | | | |
| 348. | | | | | | | | | |
| 349. BANK OF AMERICA, Columbia, SC (personal checking account) | | None | J | T | | | | | |
| 350. | | | | | | | | | |
| 351. PORTFOLIO V | | | | | | | | | |
| 352. | | | | | | | | | |
| 353. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | J | T | | | | | |
| 354. | | | | | | | | | |
| 355. IFT CORPORATION (formerly URECOATS INDUSTRIES, INC. | | None | J | T | | | | | |
| 356. (common stock) | | | | | | | | | |
| 357. | | | | | | | | | |
| 358. EVERGREEN MONEY MARKET FUND | | None | | | Closed | 1-15 | J | | No gain. |
| 359. WB FDIC INSURED MONEY MARKET FUND | A | Interest | J | T | Opened | 1-15 | J | | |
| 360. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 361. CITIGROUP, INC. (common stock) | | Dividend | J | T | | | | | |
| 362. | | | | | | | | | |
| 363. HOME DEPOT, INC. (common stock) | | Dividend | K | T | Buy | 4-20 | J | | |
| 364. | | | | | | | | | |
| 365. DOW JONES & CO., INC. (common stock) | A | Dividend | J | T | | | | | |
| 366. | | | | | | | | | |
| 367. HEWLETT PACKARD CO. (common stock) | | Dividend | J | T | | | | | |
| 368. | | | | | | | | | |
| 369. INTERNATIONAL PAPER CAPITAL TRUST PREFERRED CO V. 5.25% | A | Distribution | J | T | | | | | |
| 370. | | | | | | | | | |
| 371. PFIZER, INC. (common stock) | | Dividend | | | | | | | |
| 372. | | | | | | | | | |
| 373. BANK OF AMERICA CORP. (common stock) | | Dividend | | T | | | | | |
| 374. | | | | | | | | | |
| 375. DOMINION RESOURCES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 376. | | | | | | | | | |
| 377. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 378. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and B4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 379. INTERNATIONAL FLAVORS & FRAGRANCES, INC. (Symbol | A | Dividend | J | T | | | | | |
| 380. IFF) (common stock) | | | | | | | | | |
| 381. | | | | | | | | | |
| 382. SCANA CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 383. | | | | | | | | | |
| 384. SOUTHERN COMPANY (common stock) | | Dividend | J | T | | | | | |
| 385. | | | | | | | | | |
| 386. TEXAS INSTRUMENTS, INC. (common stock) | A | Dividend | J | T | | | | | |
| 387. | | | | | | | | | |
| 388. WACHOVIA CORPORATION NEW (common stock) | | Dividend | J | T | | | | | |
| 389. | | | | | | | | | |
| 390. AMERICAN INTERNATIONAL GROUP (common stock) | | Dividend | J | T | | | | | |
| 391. | | | | | | | | | |
| 392. GENERAL ELECTRIC COMPANY (common stock) | | Dividend | | T | | | | | |
| 393. | | | | | | | | | |
| 394. MERCK & CO., INC. (common stock) | | Dividend | J | | | | | | |
| 395. | A | | | | | | | | |
| 396. MEDCO HEALTH SOLUTIONS, INC. (common stock) | | None | | | Sell | 2-11 | J | | No gain. |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buy-seller (if private transaction) |
| 397. | | | | | | | | | |
| 398. 3M COMPANY (formerly Minnesota Mining & | | Dividend | | T | | | | | |
| 399. Manufacturing) (common stock) | | | | | | | | | |
| 400. | | | | | | | | | |
| 401. DUKE ENERGY CORPORATION (common stock) | A | Dividend | | T | | | | | |
| 402. | | | | | | | | | |
| 403. FIRST DATA CORPORATION (common stock) | | Dividend | J | T | | | | | |
| 404. | | | | | | | | | |
| 405. FREDDIE MAC (common stock) | A | Dividend | | T | | | | | |
| 406. | | | | | | | | | |
| 407. H&R BLOCK, INC. (common stock) | | Dividend | J | T | | | | | |
| 08. | | | | | | | | | |
| 409. NOVARTIS AG ADR (common stock) | A | Dividend | | T | | | | | |
| 410. | | | | | | | | | |
| 411. PATTERSON COMPANIES, INC. (formerly Patterson Dental | | None | J | T | | | | | |
| 412. Company) (common stock) | | | | | | | | | |
| 413. | | | | | | | | | |
| 414. SOUTH CAROLINA EDL FACS AUTH REV BENEDICT COLLEGE | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   S = $25,000,001-$50,000,000    P3 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. PROJ-- Asset Guaranty RO JJ 5.500 07/01/2005 DTD 06/15/95 | | | | | | | | | |
| 416. | | | | | | | | | |
| 417. RICHLAND CNTY SC HOSP FACS REV RFDG- SC BAPTIST HOSP. | A | Distribution | J | T | | | | | |
| 418. Ser B RO 0.000 08/01/2006 DTD 07/10/91 | | | | | | | | | |
| 419. | | | | | | | | | |
| 420. SC TRANSN INFRASTUCTR BK RV A MBIA 5. % Oct. 1, 2012 | | Interest | J | T | | | | | |
| 421. | | | | | | | | | |
| 422. COLLEGE OF CHARLESTON, SC HGHR ED FAC REV BONDS 4.0% | A | Interest | J | T | | | | | |
| 423. | | | | | | | | | |
| 424. GE LIFE CHOICE VARIABLE ANNUITY | A | Interest | | | Surrender | 3-3 | K | E | |
| 425. | | | | | | | | | |
| 426. DUQUESNE LIGHT CO. PFD STK 6.70% Pines | | Interest | | T | | | | | |
| 427. | | | | | | | | | |
| 428. DENTSPLY INTERNATIONAL, INC. (common stock) | A | Dividend | | T | | | | | |
| 429. | | | | | | | | | |
| 430. IBM (common stock) | | Dividend | J | T | | | | | |
| 431. | | | | | | | | | |
| 432. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/M | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 03/01/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. | | | | | | | | | |
| 434. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 435. | | | | | | | | | |
| 436. MEDTRONIC, INC. (common stock | A | Dividend | J | T | Buy | 4-6 | J | | |
| 437. | | | | | | | | | |
| 438. END PORTFOLIO V | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                           P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)   S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa  Date _March 1, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544